UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2012 OCT -2 AM 9:59

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ELIPIDIO GARCIA RUIZ,

        Defendant.

CASE NO. 12CR2419-CAB

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

TITLE 8, U.S.C. Sec. 1326(a) and (b) - Removed Alien Found in the United States (Felony)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 28, 2012

                                                Cathy Ann Bencivengo
                                                U.S. District Judge